# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA                                    NO. 2021 KW 0207

VERSUS

CORNEILOUS A. WHEELER                          **APRIL 26, 2021**

---

In Re:     Corneilous A. Wheeler, applying for supervisory writs,
           16th Judicial District Court, Parish of St. Mary, No.
           08-177417.

---

**BEFORE:   GUIDRY, McCLENDON, AND LANIER, JJ.**

   **WRIT GRANTED** for the sole purpose of transferring the
Motion to Correct an Illegal Sentence to the district court for
its consideration.  The original of the writ application will be
forwarded to the district court clerk of court.

                          **JMG**
                          **PMc**
                          **WIL**

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
        FOR THE COURT